UNITED STATES DISTRICT COURT **FILED**

DISTRICT OF CONNECTICUT

2003 DEC -3 P 3: 18

US DISTRICT COURT
HARTFORD CT

JARED CIVITELLI

    V.                                        PRISONER
                                       CASE NO. 3:02CV304 (MRK) (TPS)

WARDEN GEORGE WEZNER, ET AL.

## RULING ON MOTION FOR APPOINTMENT OF COUNSEL

The plaintiff is seeking an appointment of *pro bono* counsel in this action pursuant to 28 U.S.C. § 1915. For the reasons set forth below, the motion is DENIED.

The Second Circuit has made clear that before an appointment is even considered, the indigent person must demonstrate that he is unable to obtain counsel. See Hodge v. Police Officers, 802 F.2d 58, 61 (2d Cir. 1986), cert. denied, 502 U.S. 996 (1991). The plaintiff indicates that he contacted the Inmates' Legal Assistance Program, but Attorney Speyer stated that the program could not represent him in court. Although Inmates' Legal Assistance cannot represent the plaintiff in this action, the program is available to assist the plaintiff in answering questions concerning discovery issues, securing legal and medical documents, researching legal issues and drafting motions and memoranda. In fact, the plaintiff attaches a letter dated January 3, 2002, from Attorney Cahill at Inmates' Legal

Assistance offering to assist the plaintiff with this lawsuit. The plaintiff does not indicate whether he ever sought assistance from the Inmates' Legal Assistance Program after receiving this letter. The possibility that the plaintiff may be able to secure legal assistance independently precludes appointment of counsel by the court at this time.

Accordingly, plaintiff's Motion for Appointment of Counsel [doc. #20] is DENIED without prejudice. Any renewal of this motion shall be accompanied by a summary of the plaintiff's attempts to obtain legal assistance from the Inmates' Legal Assistance Program. The summary of attempts to obtain legal assistance should also include the reasons why assistance was unavailable.

SO ORDERED.

Dated at Hartford, Connecticut, this 3rd day of December, 2003.

Thomas P. Smith
United States Magistrate Judge