UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 DEC -4 P 3: 13

JARED CIVITELLI

V.

WARDEN GEORGE WEZNER, ET AL.

PRISONER
CASE NO. 3:02CV304 (DJS) (TPS)

### RULING ON PENDING MOTIONS

Pending before the court is the defendants' motion to dismiss and the plaintiff's motion for leave to file an amended complaint. The defendants do not object to the filing of the amended complaint. The motion for leave to file a second amended complaint is granted absent objection. In light of the court's decision to grant the plaintiff's motion to amend the complaint, the defendants' motion to dismiss is denied without prejudice to renewal.

### Conclusion

The plaintiff's Motion for Leave to File a Second Amended Complaint [doc. #22] is GRANTED. The defendants' Motion to Dismiss [doc. # 18] is DENIED without prejudice to renewal.

SO ORDERED.

Dated at New Haven, Connecticut, this 3rd day of December, 2003.

_____
Mark R. Kravitz
United States District Judge