FILED

Feb 26  2 37 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JARED CIVITELLI | : | PRISONER |
| | : | NO. 3:02CV304 (MRK) (TPS) |
| V. | | |
| GEORGE WEZNER, ET AL. | : | February 24th, 2004 |

## MOTION TO AMEND SCHEDULING ORDER

The plaintiff respectfully requests that the court amend its scheduling order dated May 8, 2003, in order to allow more time for the parties to conduct discovery. In support of his request, the plaintiff submits the following.

1. The plaintiff, who is incarcerated, filed this action pro se.

2. Although the plaintiff is now receiving help from Inmates' Legal Assistance Program (hereinafter "ILAP"), he continues to represent himself.

3. The defendants filed a motion to dismiss on June 9, 2003.

4. On December 3, 2003, the Court denied the motion to dismiss without prejudice to renewal and granted the plaintiff's motion for leave to file a second amended complaint.

5. The plaintiff served the defendants with a discovery request dated May 21, 2003.

6. Because the plaintiff is not versed in the law, his discovery request was of the type used in a state criminal case.

7. The defendants properly objected to the discovery request.

8. The plaintiff has asked ILAP to prepare proper discovery requests.

9. The period for conducting discovery pursuant to the Court's first scheduling order ended on or about November 8, 2003.

WHEREFORE, the plaintiff respectfully requests that the Court amend its schedule order to extend the time in which the parties may conduct discovery.

THE PLAINTIFF

Jared Civitelli, pro se
Inmate #254285
MacDougal-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

Although not appearing herein, the undersigned assisted in the preparation of this motion:

*[signature: Richard P. Cahill]*

Richard P. Cahill, Esq.
Schulman & Associates
Inmates' Legal Assistance Program
78 Oak Street, P.O. Box 260237
Hartford, CT 06126-0237
Tel: (860) 246-1118
Fax: (860) 246-1119

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on this 24 day of February, 2004, to the following counsel of record:

Michael J. Lanoue, Esq.
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

*[signature]*
Jared Civitelli