UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 AUG -2  A 11: 24
U.S. DISTRICT COURT
HARTFORD CT

JARED CIVITELLI

V.  CASE NO. 3:02CV304 (DJS) (TPS)

WARDEN GEORGE WEZNER, ET AL.

RULING ON PENDING MOTION

Pending before the court is the plaintiff's motion to amend the scheduling order. In view of the filing of the plaintiff's amended complaint on December 4, 2003, the Motion [doc. # 30] is **GRANTED**.

Pursuant to Rule 16(c) of the Federal Rules of Civil Procedure, it is hereby ORDERED:

1. Defendants shall file any motion to dismiss for failure to state a claim under Fed. R. Civ. P. 12(b)(6), or motion to dismiss as frivolous under Title 28 U.S.C. § 1915(e) or answer or other reply to the amended complaint within thirty days of the date of this order. **Failure to respond to the amended complaint in a timely manner will result in the entry of default for failure to plead.**

2. Discovery pursuant to the Federal Rules of Civil Procedure, Rules 26 through 37, shall be completed within five months (150 days) of the date of this order. Discovery requests need not be filed with the court.

3. All motions for summary judgment shall be filed within six months (180) days of the date of this order.

4. Pursuant to Local Civil Rule 7(a), a non-moving party must respond to a dispositive motion within 21 days of the date the motion was filed. If no response is filed, or the response is not timely, the dispositive motion can be granted absent objection.

SO ORDERED at Hartford, Connecticut, this 2nd day of August, 2004.

/s/ Thomas P. Smith
Thomas P. Smith
United States Magistrate Judge