UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| JARED CIVITELLI | : | PRISONER<br>CIVIL NO. 3:02CV304 (MRK)(TPS) |
| v. | : |  |
| GEORGE WEZNER, ET AL. | : | FEBRUARY 22, 2005 |

### MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DISCOVERY

The defendants respectfully request an enlargement of time, nunc pro tunc, to February 25, 2005, to respond to plaintiff's discovery received on or about January 16, 2005, for the following reasons:

1. Plaintiff's discovery request was served after the close of discovery in accordance with the scheduling order issued in this case;

2. Plaintiff's request was inadvertently misplaced in defendants' counsel's office;

3. An objection responding to plaintiff's request for discovery has been served on the plaintiff with this Motion.

> DEFENDANTS
> George Wezner, et al.
>
> RICHARD BLUMENTHAL
> ATTORNEY GENERAL
>
> BY:_____/s/_____
> Michael J. Lanoue
> Assistant Attorney General
> 110 Sherman Street
> Hartford, CT  06105
> Federal Bar #ct05195
> E-Mail:  michael.lanoue@po.state.ct.us
> Tel: (860) 808-5450
> Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 22nd day of February 2005:

Jared Civitelli #254285
MacDougall/Walker Correctional Institution
1153 East Street South
Suffield, CT 06078

_____/s/_____
Michael J. Lanoue
Assistant Attorney General