UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JARED CIVITELLI PRO SE            PRISONER
V.                                CIVIL NO.3:02CV304(MRK)(TPS)
GEORGE WEZNER, ET AL.

MARCH 9, 2005

THE PLAINTIFFS OBJECTS TO DEFENDANTS MOTION FOR ENLARGEMENT OF TIME IN NUNC PRO TUNC. FEBRUARY 22, 2005

The Plaintiff objects to defendants request for an enlargement of time, nunc pro tunc to his briff dis--covery for the following:

1. Defendants failed to comply with plaintiffs request for discovery as requested:

2. Defendants only responded to questions of their choo--sing,

3. Plaintiffs second request for discovery was just ques--tions clearified that defendants failed to answer in first discovery.

4. Plaintiffs not responable for defendants incompancy in handling records and should not be punished for their failure to comply with court court or loss of records.

5. Plaintiff has most motions written by Inmates Legal Ass--istence to prisoners and must wait up to 90,days for motion-s to be sent to him; then he must forward them to the court and is under the decisions of the Dept of Corrections and - hardships of prison.

6. All motions, objections, and request for discoverys or production has been sent in accordance with the courts or--ders.

7. No new motion for discovery has been sent to defend--ants after the courts Jan 2,2005 date for closing of dis--covery. Wherefore Plaintiff requests sanctions for defen--dants failure to respond to courts deadline on discovery.

1. Appoint Plaintiff an Attorney.

2. Order defendants to respond to all discovery and production,

3. Any and all other sanctions this court deems fair and just.

BY: _____
JARED CIVITELLI, PRO SE
PLAINTIFF.
MacDougall, C.I.
1153 East Street South
Suffield CT, 06080

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 9th day of March 2005;

Michael J. Lanoue
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

                                      Jared Civitelli
                                      #254285
                                      MacDougall C.I.
                                      1153 East street South
                                      Suffield, CT 06080