January 27th, 2006

Re: CIVITELLI V. WEZNER, et al.
Civil No. 3:02 CV 304 (MRK)

Dear Court,

I would like to withdraw my Civil case (CIVITELLI V. WEZNER, et al. Civil No. 3:02 CV 304 (MRK)) with prejudice, for the Settlement Agreement, both Mr Lamoue (Assistant Attorney General) and I have agreed upon.

Thank you for your time and help its well appreciated

Jared Civitelli #254285
MacDougall/Walker Correctional Inst.
1153 EAST STREET SOUTH
Suffield CT 06080

RECEIVED
JAN 30 2006

A copy of this letter was sent to Michael J. Lanoue,
Assistant Attorney General. On January 27th, 2006

JARED CIVITELLI #254285
MacDougall/Walker Correctional
Inst.
1153 EAST STREET SOUTH
Suffield CT, 06080